UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY J. WHITMAN, et al.,

    Plaintiffs,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. C11-5457BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 28), and Plaintiff Harry J. Whitman's ("Whitman") objections to the R&R (Dkt. 31).

On June 13, 2011, Plaintiffs Whitman, Bryan C. Powers, Daniel C. Carter, and Tony Smith filed a proposed class action civil rights complaint (Dkt. 9), individual motions to proceed in forma pauperis (Dkts. 1, 3, 5, & 7), and other motions (Dkts. 10, 11, & 12). On July 25, 2011, Judge Strombom issued an R&R recommending that the Court require each Plaintiff to file a separate action, require Whitman to file an amended complaint setting forth the allegations and causes of action that pertain to him individually, deny Bryan Powers, Daniel Carter, and Tony Smith's applications to proceed in forma pauperis (Dkts. 3, 5, & 7), deny Daniel Carter's motion for an extension of time (Dkt. 18), and strike all other pending motions. Dkt. 28.

ORDER – 1

On August 3, 2011, Whitman responded to the R&R stating that he intends to proceed with this case individually and that he would file an amended complaint. Dkt. 31. On August 10, 2011, Whitman filed a new complaint. Dkt. 32.

The Court having considered the R&R, Whitman's response, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Bryan Powers, Daniel Carter, and Tony Smith's applications to proceed in forma pauperis (Dkt. 3, 5, & 7) are **DENIED without prejudice**;

(3) Daniel Carter's motion for an extension of time (Dkt. 18) is **DENIED**;

(4) All other pending motions are **STRICKEN**; and

(5) This matter is **RE-REFERRED** to Judge Strombom for further proceeding

DATED this 31st day of August, 2011

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2