1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

HARRY J. WHITMAN,

8

Plaintiff,

9

v.

10

WASHINGTON DEPARTMENT OF
CORRECTIONS, ELDON VAIL,

11

RONALD FRAKER, BRENT CARNEY,

12

JAY A. JACKSON, and JAMIE
CALLEY,

13

14

Defendants.

No. C11-5457 BHS/KLS

ORDER GRANTING EXTENSION OF
TIME TO RESPOND TO MOTION FOR
SUMMARY JUDGMENT

15

On August 16, 2012, Defendants filed a motion for summary judgment.  ECF No. 60.

16

The motion is noted for September 14, 2012.  *Id.*  On August 27, 2012, Plaintiff filed a motion

17

seeking an additional 90 days to respond to the motion.  ECF No. 61.  Plaintiff states that he

18

needs the additional time to file his response because since April 5, 2012, he was infracted,

19

placed in segregation, transferred, denied access to his legal materials, and is awaiting the return

20

of 1800 documents which are being printed from a discovery disk produced by Defendants.  *Id.*

21

Department of Corrections' records reflect that Plaintiff was in segregation from April 5,

22

2012 through June 13, 2012, that several documents were returned to him at his request, that he

23

24

is now in possession of all documents he is permitted to have within DOC policy, and that his

25

transfer, which he requested, occurred over one month ago.  ECF No. 63, Exh. 1 (Declaration of

26

Yvette Stubbs).  However, Defendants do not object to a 45-day continuance.  ECF No. 63.

ORDER- 1

1   A 45-day continuance appears reasonable under all the circumstances.

2   Accordingly, it is **ORDERED**:

3   (1)    Plaintiff's motion for extension of time (ECF No. 61) to file his response to

4   Defendants' motion for summary judgment is **GRANTED in part.**  Plaintiff shall file his

5   response to Defendants' motion (ECF No. 60) **on or before October 22, 2012.**  Defendant may

6   file a response **on or before October 26, 2012.**  The Clerk is directed to **re-note** Defendant's

7   motion for summary judgment (ECF No. 60) for **October 26, 2012.**

8

9   (2)    The Clerk shall send copies of this Order to Plaintiff and to counsel for

10  Defendants.

11

12      **DATED** this  18th  day of September, 2012.

13

14                                          Karen L. Strombom
                                            United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

ORDER- 2