UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY J. WHITMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,<br><br>                Defendants. | No. C11-5457 BHS/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXCESS PAGES |

Defendants seek leave to file a summary judgment motion that exceeds the 24- page limit by 8 pages. ECF No. 67. Their brief, originally filed on August 16, 2012 and noted for September 7, 2012 (ECF No. 60) exceeded the 24 page limit by 8 pages. However, Plaintiff has been granted an extension of time until October 22, 2012 to file his response to the motion.

Accordingly, it is **ORDERED**:

(1) Defendants' motion (ECF No. 67) is **GRANTED.** Pursuant to CR 7(f)(4), Plaintiff shall be allowed an equal number of additional pages (8) in his brief in opposition.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  15th  day of October, 2012.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER- 1