UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY J. WHITMAN,<br><br>                              Plaintiff,<br><br>     v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLIE,<br><br>                              Defendants. | No. C11-5457 BHS/KLS<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

Before the Court is Defendants' motion to extend the parties' deadline for filing a joint status report. ECF No. 80. The joint status report is presently due on November 23, 2012. ECF No. 47. Defendants have filed a motion for summary judgment, which is set for November 16, 2012. ECF No. 70. The Court's resolution of the motion for summary judgment is necessary to determine whether particular claims and Defendants will survive dispositive motion proceedings and will necessarily impact the content of the parties' Joint Status Report.

Accordingly, it is **ORDERED**:

(1) Defendants' motion (ECF No. 80) is **GRANTED**. The parties shall file their Joint Status Report **on or before January 25, 2013.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this   16th   day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1