UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY J. WHITMAN,

                Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,

                Defendants.

No. C11-5457 BHS/KLS

**ORDER SETTING NEW BRIEFING SCHEDULE**

Before the Court is the motion for summary judgment of Defendants Jamie Calley, Brent Carney, Ronald Fraker, Jay Jackson, Eldon Vail, and Washington Department of Corrections (DOC).  ECF No. 60.  Plaintiff Harry J. Whitman was granted extensions to respond to the motion (ECF Nos. 64 and 70) and both parties were granted leave to file excess pages.  ECF No. 68.  On October 24, 2012, Plaintiff filed a statement of factual issues, response, and declaration.  ECF Nos. 72, 73, and 74.  The next day, Defendants served Plaintiff with a *Pro Se* Prisoner Dispositive Motion Notice consistent with *Woods v. Carey,* 684 F.3d 934, 935, 940-41 (9th Cir. 2012) and in accordance with the holding of *Rand v. Rowland,* 154 F.3d 952, 962-63 (9th Cir. 1998).  ECF No. 75.  Defendants then filed their reply.  ECF No. 81.

    The Ninth Circuit Court of Appeals requires pro se prisoner-plaintiffs to be given "notice of what is required of them in order to oppose" summary judgment motions *at the time of filing* of the motions.  *Woods v. Carey*, 684 F.3d 934, 935, 940–41 (9th Cir.2012) (emphasis added).

ORDER - 1

In their Notice to Plaintiff, Defendants explained what Plaintiff must do in order to oppose their summary judgment motion. ECF No. 75. The Court provided a similar explanation to Plaintiff in its Pretrial Scheduling Order. ECF No. 47. However, notice must be given at the time of filing the motion and Plaintiff had already filed his opposition to Defendants' motion for summary judgment before he was served with Defendants' Notice. Out of an abundance of caution, the Court finds that a new briefing schedule to allow for supplemental briefing in accordance with *Rand* is appropriate. The parties may, but are not required to, file supplemental briefs.

Accordingly, it is **ORDERED:**

(1) Plaintiff may file a supplemental brief in opposition to Defendants' motion for summary judgment (ECF No. 60) **no later than February 4, 2013,** and Defendants may file a supplemental reply **no later than February 8, 2013.**

(2) The Clerk is directed to **re-note** Defendants' motion for summary judgment (ECF No. 60) for **February 8, 2013.**

(3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 11th day of January, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2